Jacob Port
PFN: UK2505
CDC# P48413
5325 Broder Blvd.
Dublin, Ca. 94568
Petitioner Pro Per

E-filing

FILED
AUG 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jacob Port,
    Plaintiff-Petitioner,

Vs,

State of California,
Department of Corrections,
    Defendant.

Case No. CV 08 3945 RMW (PR)

Writ of Habeus Corpus

Comes now the plaintiff Jacob Port before this Honorable Court, and asks that the above entitled writ be granted in his favor.

On July 17, 2008 the plaintiff appeared before a Parole Commissioner at the Alameda County, Santa Rita Jail for a violation of his terms, and conditions of his parole. The

1

1 Department of Corrections to
2 award him his half time credits, as
3 was granted by the Parole Com-
4 missioner on July 17, 2008.

Dated: 8-11-08

Respectfully Submitted

*Jacob Pont*
Jacob Pont

JACOB PORT
PFN: UK2505
CDC# P48413
5325 Broder blvd.
Dublin, CA. 94568

Petitioner Pro Per

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JACOB PORT,
    Petitioner-plaintiff,

vs.

STATE OF CALIFORNIA,
Department of Corrections,
    defendant.

Case No. _____

Declaration of Petitioner

I, Jacob Port declare as follows:

1. I am the plaintiff in the above entitled action;

2. I am a state prisoner currently being housed in a county jail, where I'm serving time for a parole violation;

3. The parole commissioner whom I appeared before awarded me half time for my parole violation;

commissioner awarded him half time, but ~~with~~ the plaintiff being housed in a county jail he is apt only to receive two thirds time.

In <u>Pasqual Vs. California Department Of Corrections 31 F.3d 488</u> the court came to the conclusion that a state prisoner being housed in a county jail should in fact receive the same good time credits as a prisoner housed in a CDC prison, because it isn't his fault that CDC is so over crowded the state must house him in a county jail. The county jail though is a contract facility, and therefore is another branch of CDC. Further more, not to give the prisoner the same credits as a prisoner housed in a CDC prison violates his eighth constitutional ammendment to be free from cruel, and unusual punishment, and his fourteenth ammendment to Due Process.

Therefore, this plaintiff asks the court to rule in his favor, and order the state of California

2

1  I declare under the penalty
2  of perjury, under the laws of the
3  United States that the foregoing
4  information is true, and correct to
5  the best of my knowledge, and belief.
6  DATED: 8-11-08

_____
Jacob Port

5325 Broder Blvd.
Dublin, Calif. 94568

RECEIVED
AUG 1 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

said

Clerk of The Court
U.S. District Court
450 Golden Gate Ave.
San Francisco, CA.
94102

Case 5:08-cv-03945-RMW    Document 1    Filed 08/18/2008    Page 7 of 7