***E-FILED - 10/15/08***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JACOB PORT, | ) | No. C 08-3945 RMW (PR) |
| | ) | |
| Petitioner, | ) | ORDER OF DISMISSAL |
| | ) | WITHOUT PREJUDICE |
| v. | ) | |
| | ) | |
| STATE OF CALIFORNIA DEPARTMENT | ) | |
| OF CORRECTIONS, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

      Petitioner, a state prisoner proceeding pro se, filed the instant habeas corpus petition pursuant to 28 U.S.C. § 2254 on August 18, 2008. On that same day, the court sent a notification to petitioner informing him that he failed to pay the filing fee and, alternatively, failed to file an application to proceed in forma pauperis. The court provided a copy of the correct in forma pauperis application, along with a return envelope, and a notification that the case would be dismissed if petitioner failed to pay the fee or file a completed application with supporting documentation within thirty days. No response has been received from petitioner.

      As petitioner has not filed a completed in forma pauperis application or paid the filing fee, this case is DISMISSED without prejudice.

      The clerk shall terminate any pending motions and close the file.

///

Order of Dismissal
P:\PRO-SE\SJ.Rmw\HC.08\Port945disifp.wpd          1

1   IT IS SO ORDERED.
2   DATED: __10/10/08__            /s/ Ronald M. Whyte
3                                  RONALD M. WHYTE
                                   United States District Judge
4
5
6
...
28

Order of Dismissal
P:\PRO-SE\SJ.Rmw\HC.08\Port945disifp.wpd      2